Opinion issued June 25, 2009









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00984-CV

____________


TIMOTHY HEINRICH AND BOYAR & MILLER, P.C., Appellants


V.


JAMES WESLEY CHRISTIAN AND CHRISTIAN & SMITH, L.L.P.,
Appellees






On Appeal from the 215th District Court

Harris County, Texas

Trial Court Cause No. 2005-75292-A






MEMORANDUM OPINION

 The Court today considered the parties' agreed motion for voluntary dismissal
of appeal pursuant to Texas Rule of Appellate Procedure 42.1, in which they request
that this Court remand the case to the trial court for entry of an agreed final judgment. 
The motion is granted as follows:


 The trial court's judgment is set aside without regard to the merits. 
Tex. R. App. P. 42.1(a)(2)(B).




 The case is remanded to the trial court with instructions to render
judgment in accordance with the settlement agreement.

 All other pending motions are overruled as moot.

 The Clerk of this Court is directed to issue mandate 10 days after the
date of this opinion. Tex. R. App. P. 18.1.

 As agreed by the parties, all parties shall pay their own costs incurred by
reason of this appeal. Tex. R. App. P. 42.1(d).



PER CURIAM


Panel consists of Justices Keyes, Hanks, and Bland.